# EXHIBIT A

Summons
Citacion

# Commonwealth of Pennsylvania

COUNTY OF PHILADELPHIA

Filed and Attested by the
Office of Judicial Records
08 JAN 2026 04:03 pm
B. BALILONIS

| | | |
|---|---|---|
| Roberto Torres<br>*Plaintiff* | : | COURT OF COMMON PLEAS |
| | : | JANUARY Term, 20 26 |
| vs. | : | |
| | : | No.________________ |
| Home Depot USA Inc., d/b/a Home Depot<br>JOHN DOES 1 and 2<br>*Defendant* | : | |

To[1]
Home Depot USA Inc.
d/b/a Home Depot
2539 Castor Ave.
Philadelphia, PA 19134
JOHN DOES 1 and 2
UNKNOWN

## Writ of Summons

You are notified that the Plaintiff[2]
*Usted esta avisado que el demandante*
Roberto Torres
2942 Ruth Street
Philadelphia, PA 19134

Has (have) commenced an action against you.
*Ha (han) iniciado una accion en contra suya.*

ERIC FEDER
*Director, Office of Judicial Records*

By: ________________________

Date:________________________

260100978
08 JAN 2026 04:03 pm
B. BALILONIS

10-208 (Rev. 3/20/24)

[1] Name(s) of Defendant(s)
[2] Name(s) of Plaintiff(s)

Case ID: 260100978

# Court of Common Pleas

JANUARY Term, 20 26

No. ________________

Roberto Torres

*Plaintiff*

vs.

Home Depot USA, Inc.
John Does 1 and 2

*Defendant*

# SUMMONS

Case ID: 260100978